**Fill in this information to identify the case:**

United States Bankruptcy Court for the Southern District of New York

Case number *(if known)*: 16-_____ Chapter 11

☐ Check if this is an amended filing

# Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy          12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**  
   Defined Diagnostics, LLC

2. **All other names debtor used in the last 8 years**  
   Include any assumed names, trade names and *doing business as* names  
   32 Mott Street Acquisition II, LLC  
   Wellstat Diagonostics, LLC  
   Wellstat Diagnostics, LLC

3. **Debtor's federal Employer Identification Number (EIN)**  
   26-0310344

4. **Debtor's address**

   **Principal place of business**  
   930   Clopper Road  
   Number   Street  

   Gaithersburg       Maryland       20878  
   City                    State             ZIP Code  

   Montgomery County  
   County

   **Mailing address, if different from principal place of business**  
   Number   Street  

   City                    State             ZIP Code  

   **Location of principal assets, if different from principal place of business**  
   Number   Street  

   City                    State             ZIP Code

5. **Debtor's website (URL)**  
   www.wellstatdiagnostics.com

6. **Type of debtor**  
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
   ☐ Partnership (excluding LLP)  
   ☐ Other. Specify: _____

---

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          Page 1

Debtor   Defined Diagnostics, LLC   Case number (if known): 16-_____
        Name

7. **Describe debtor's business**

   A. *Check one:*
   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☒ None of the above

   B. *Check all that apply:*
   ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .
   [5417]

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*
   ☐ Chapter 7
   ☐ Chapter 9
   ☒ Chapter 11.  *Check all that apply:*
   
   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every 3 years after that).
   
   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101 (51 D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
   
   ☐ A plan is being filed with this petition.
   
   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
   
   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A) with this form.
   
   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   
   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☒ No
   ☐ Yes.   District _____   When _____   Case number _____
                                    MM / DD / YYYY
            District _____   When _____   Case number _____
                                    MM / DD / YYYY

| Debtor | Defined Diagnostics, LLC | Case number (if known): 16- |
|---|---|---|
| | Name | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No
☐ Yes.  Debtor _____  Relationship _____
              District _____  When _____ MM / DD / YYYY
              Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number    Street

_____
City        State        ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49          ☐ 1,000-5,000         ☐ 25,001-50,000
☐ 50-99         ☐ 5,001-10,000        ☐ 50,001-100,000
☐ 100-199       ☐ 10,001-25,000       ☐ More than 100,000
☐ 200-999

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        Page 1

Debtor    Defined Diagnostics, LLC    Case number *(if known)*: 16-____
         Name

| | | | |
|---|---|---|---|
| **15. Estimated assets*** | ☐ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |
| **16. Estimated liabilities*** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☒ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

* Estimated assets and liabilities are based on the Debtor's latest balance sheet dated 12/31/2015, and exclude claims of insiders.

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   04 / 12 / 2016
              MM / DD / YYYY

✗ /s/ Nadine H. Wohlstadter                              Nadine H. Wohlstadter
   Signature of authorized representative of debtor       Printed name

   Title   Managing Member

**18. Signature of attorney**

✗ /s/ Paul V. Shalhoub                                   Date   04 / 12 / 2016
   Signature of authorized representative of debtor              MM / DD / YYYY

   Paul V. Shalhoub
   Printed name

   WILLKIE FARR & GALLAGHER LLP
   Firm name

   787 Seventh Avenue
   Number       Street

   New York                                              NY              10019-6099
   City                                                  State           ZIP Code

   (212) 728-8000                                        pshalhoub@willkie.com
   Contact phone                                         Email address

   2492858                                               New York
   Bar number                                            State

**UNANIMOUS WRITTEN CONSENT
OF
THE MANAGERS AND MEMBERS
OF
DEFINED DIAGNOSTICS, LLC
a Delaware Limited Liability Company**

April 12, 2016

The undersigned, being all of the managers and members (the "Members") of Defined Diagnostics, LLC, a Delaware limited liability company (the "Company"), hereby consent to and approve the following resolutions and each and every action effected thereby:

**WHEREAS,** the Members have evaluated the Company's alternatives in connection with a possible restructuring, and have evaluated the receivership proceeding pending currently in Maryland Circuit Court, including the concern that such receivership proceeding has not been conducted in a manner that will maximize the value of the Company's assets, and have determined that the filing of a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") is in the best interests of the Company and its stakeholders;

**NOW, THEREFORE, BE IT:**

**RESOLVED,** that, pursuant to Section 4.1(i) of the Company's Amended and Restated Limited Liability Company Agreement (the "LLC Agreement"), the Company shall be, and it hereby is, authorized to file a voluntary petition (the "Petition") for relief under chapter 11 of the Bankruptcy Code (the "Chapter 11 Case"), in the U.S. Bankruptcy Court for the Southern District of New York or such other court as the Members shall determine to be appropriate (the "Bankruptcy Court") and perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effectuate the purpose and intent of the foregoing;

**RESOLVED**, that the managing members of the Company be, and each of them acting alone hereby is, authorized and directed, in the name and on behalf of the Company, to: (a) execute, acknowledge, deliver and verify the Petition and all other ancillary documents, and cause the Petition to be filed with the Bankruptcy Court and make or cause to be made prior to execution thereof any modifications to the Petition or ancillary documents as any managing member, in such person's discretion, deems necessary, desirable or appropriate to carry out the intent and accomplish the purposes of these resolutions; (b) execute, acknowledge, deliver, verify and file or cause to be filed all petitions, schedules, statements, lists, motions, applications and other papers or documents necessary or desirable in connection with the foregoing; (c) execute, acknowledge, deliver and verify any and all other documents necessary, desirable or appropriate in connection therewith and to administer the Company's Chapter 11 Case in such form or forms as any such managing member may deem necessary or advisable and in order to effectuate the purpose and intent of the foregoing resolutions; and (d) engage any professionals, including attorneys, accountants, financial advisors, investment bankers, actuaries, consultants or brokers as any such managing member, in such person's discretion, deems necessary, desirable or appropriate to accomplish the purposes of these resolutions; that their authority to act under these resolutions shall be conclusively evidenced by their so acting; and that any and all such actions heretofore taken on behalf of the Company in such respects contemplated thereby are hereby ratified, approved and confirmed as the act and deed of the Company;

**RESOLVED**, that the Company is hereby authorized to negotiate the terms of and enter into an agreement to obtain debtor-in-possession financing to fund the administrative expenses of the Chapter 11 Case on such terms and conditions as the proper managing members deem appropriate;

**RESOLVED**, that the engagement by the Company of Willkie Farr & Gallagher LLP as bankruptcy counsel is hereby ratified, adopted and approved in all respects and that such firm and any additional co-counsel or special or local counsel selected by the Company, shall be, and hereby is, subject to Bankruptcy Court approval, authorized and empowered to represent the Company, as debtor and debtor in possession, in connection with any Chapter 11 Case commenced by or against it under the Bankruptcy Code;

**RESOLVED**, that the engagement by the Company of Teneo Restructuring as financial advisors is hereby ratified, adopted and approved in all respects, subject to Bankruptcy Court approval;

**RESOLVED**, that the Company is hereby authorized, to the extent necessary and required under the applicable agreements, to engage an investment banker to pursue a reorganization of the Company and/or an independent manager to oversee the same;

**RESOLVED**, that any managing member of the Company shall be, and each of them, hereby are, authorized, directed and empowered, in the name and on behalf of the Company, as debtor and debtor in possession, to negotiate, execute, deliver, and perform on behalf of, and take such actions and execute, acknowledge, deliver and verify such agreements, certificates, instruments, guaranties, notices and any and all other documents as any managing member of the Company may deem necessary or appropriate to facilitate the transactions contemplated by the foregoing resolutions, as may be deemed necessary, desirable or appropriate;

**RESOLVED**, that all acts lawfully done or actions lawfully taken by any managing member of the Company or any professionals engaged by the Company in connection with the Chapter 11 Case or any proceedings related thereto, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company;

**RESOLVED**, that any and all actions and transactions by the Members or any managing member for and on behalf and in the name of the Company with respect to any transactions contemplated by the foregoing resolutions before the adoption of the foregoing resolutions be, and they hereby are, ratified, authorized, approved, adopted and consented to in all respects for all purposes; and

**RESOLVED**, that the Members and any managing member of the Company hereby are authorized and directed to certify and/or attest to these resolutions, certificate of incumbency and such other documents or instruments that the Secretary of the Company may deem necessary or appropriate in connection with the foregoing matters; provided, however, that such certification and/or attestation shall not be required for any document, instrument or agreement to be valid and binding on the Company.

AS ALL OF THE MANAGERS AND MEMBERS

By: /s/ Samuel J. Wohlstadter
    Name:    Samuel J. Wohlstadter

By: /s/ Nadine H. Wohlstadter
    Name:    Nadine H. Wohlstadter

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re                                              :        Chapter 11
                                                   :
    Defined Diagnostics, LLC,              :        Case No. 16-_____ (      )
                                                   :
        Debtor.                             :

---------------------------------------------------------x

# LIST OF EQUITY HOLDERS AND CORPORATE OWNERSHIP STATEMENT OF DEFINED DIAGNOSTICS, LLC PURSUANT TO BANKRUPTCY RULES 1007(a)(3) AND 7007.1

    Defined Diagnostics, LLC is a limited liability corporation whose members are Samuel J. Wohlstadter and Nadine H. Wohlstadter, whose address is 653 Hoffman Chapel Lane, Madison, VA 22727.  Each member owns 50% of the membership interests of Defined Diagnostics, LLC.  No corporate entities directly or indirectly own equity interests in Defined Diagnostics, LLC.

*[Remainder of Page Intentionally Left Blank]*

| | | | |
|---|---|---|---|
| Debtor | Defined Diagnostics, LLC | | Case number (if known) 16- |
| | Name | | |

**Fill in this information to identify the case and this filing:**

Debtor Name  Defined Diagnostics, LLC                                      .

United States Bankruptcy Court for the: Southern   District of  New York
                                                              (State)

Case number (*If known*):  16-

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                 12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

Set forth below is the list of creditors that hold, based upon information presently available and belief, the twenty[1] largest unsecured claims against Defined Diagnostics, LLC (the "Debtor").[2] This list has been prepared based upon the books and records of the Debtor. The Top 20 List was prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in the Debtor's chapter 11 case. The Top 20 List does not include: (1) persons who come within the definition of an "insider" as set forth in 11 U.S.C. § 101(31);[3] or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the twenty (20) largest unsecured claims. The information presented in the Top 20 List shall not constitute an admission by, nor is it binding on, the Debtor. The information presented herein, including, without limitation: (a) the failure of the Debtor to list any claim as contingent, unliquidated, disputed or subject to a setoff; or (b) the listing of any claim as unsecured, does not constitute an admission by the Debtor that the secured lenders listed hold any deficiency claims, nor does it constitute a waiver of the Debtor's rights to contest the validity, priority, nature, characterization, and/or amount of any claim.

---

[1]    As of the date hereof, the Debtor only has 11 unsecured claims that are not held by insiders.

[2]    The information herein shall not constitute an admission of liability by, nor is it binding on, the Debtor.

[3]    The Debtor expects significant insider claims as part of this case due to its operating and capital structures.

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    Page 1

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Amount of unsecured claim[4] If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|
| | | | Total claim, if partially secured[5] | Deduction for value of collateral or setoff | Unsecured claim |
| 1. FTI Consulting, Inc.<br><br>PO Box 418178<br>Boston, MA 02241-8178 | Attention: Michael Nowlan<br>Email: mike.nowlan@fticonsulting.com<br>(T) 617-897-1505<br>(F) 617-897-1510 | Contract | | | $122,897.08 |
| 2. PPD Development, LP<br><br>26361 Network Place<br>Chicago, IL 60673-1263 | Attention: Brittany Guyton<br>Email: Brittany.guyton@ppdi.com<br>(T) 910-558-6464 | Contract | | | $64,492.14 |
| 3. FB Rice<br><br>GPO Box 1794<br>Melbourne, VIC 3001<br>Australia | Attention: Sarah Star<br>Email: sstar@fbrice.com.au<br>(T) +61 3 8618 4100<br>(F) +61 3 8618 4199 | | | | $1,935.00 |
| 4. JK Moving Services<br><br>44112 Mercure Circle<br>Sterling, VA 20166-2017 | Attention: Donna Fujiwara<br>Email: Donna.Fujiwara@jkmoving.com<br>(T) 703-996-1295 | Contract | | | $1,910.25 |

---

[4]   These claim amounts represent maximum potential liabilities. Actual amounts owed, if any, may be significantly lower.

[5]   This list does not include any claims for which security has been granted, regardless of whether the claims may be undersecured.

Debtor ____Defined Diagnostics, LLC_____    Case number *(if known)* 16-_____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Amount of unsecured claim[4] If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|
| | | | Total claim, if partially secured[5] | Deduction for value of collateral or setoff | Unsecured claim |
| 5. VWR International LLC<br><br>PO Box 640169<br>Pittsburgh, PA 15264-0169 | Attention: Nayana Viswanath<br>Email: Nayana_Viswanath@vwr.com<br>(T) 610-386-1700 (Ext. 638)<br>(F) 610-728-4620 | | | | $1,885.06 |
| 6. Sanyou Intellectual Property Agency Ltd<br><br>F16, Block A, Corporate Square, No. 35 Jinrong Street<br>Beijing, 100032<br>China | Attention: Finance Department<br>Email: sanyou@sanyouip.com<br>(T) 86-10-88091921<br>(F) 86-10-88091920 | | | | $1,547.00 |
| 7. SeraCare Life Sciences Inc.<br><br>PO Box 417605<br>Boston, MA 02241-7605 | Attention: Anne Moore<br>Email: amoore@seracare.com<br>(T) 508-244-6473<br>(F) 508-634-3334 | | | | $664.22 |
| 8. Mine Safety Appliances Co.<br><br>PO Box 640348<br>Pittsburgh, PA 15264-0348 | Attention: Penny Gibson<br>Email: Penny.Gibson@MSAsafety.com<br>(T) 866-402-9747<br>(F) 866-223-2692 | | | | $504.36 |

Debtor _____Defined Diagnostics, LLC_____          Case number *(if known)* 16-_____
      Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Amount of unsecured claim[4]<br><br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured[5] | Deduction for value of collateral or setoff | Unsecured claim |
| 9. | Finnegan, Henderson, Farabow, Garrett & Dunner, LLP<br><br>901 New York Avenue, NW Washington, DC 20001-4413 | Attention: Michael T. Jones<br>Email: michael.jones@finnegan.com<br>(T) 202-216-5259<br>(F) 202-408-4400 | | | | $370.63 |
| 10. | Eppendorf North America<br><br>PO Box 13275 Newark, NJ 07101-3275 | Attention: Richard Armstrong<br>Email: armstrong.r@eppendorf.com<br>(T) 860-253-3454<br>(F) 860-741-6236 | | | | $162.64 |
| 11. | Federal Express<br><br>PO Box 371461 Pittsburgh, PA 15250-7461 | Attention: Chang Kressin<br>Email: Chang.Kressin@fedex.com<br>(T) 800-506-7580 | | | | $18.54 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    Page 4

**Fill in this information to identify the case and this filing:**

Debtor Name <u>Defined Diagnostics, LLC</u>

United States Bankruptcy Court for the: <u>Southern</u>    District of <u>New York</u>
                                                                                    (State)

Case number (*If known*): <u>16-</u>

# Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors       12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☐ *Schedule H: Codebtors* (Official Form 206H)

- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

- ☐ Amended *Schedule* _____

- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☒ Other document that requires a declaration: <u>List of Equity Holders and Corporate Ownership Statement Pursuant to Bankruptcy Rules 1007(a)(3) and 7007.1</u>

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>04/12/2016</u>        /s/ Nadine H. Wohlstadter
             MM / DD / YYYY           Signature of individual signing on behalf of debtor

                                      Nadine H. Wohlstadter
                                      Printed name

                                      Managing Member
                                      Position or relationship to debtor