Paul V. Shalhoub
Joseph G. Minias
Jennifer J. Hardy
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111

*Proposed Counsel for the Debtor and*
*Debtor-in-Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
In re                                      :    Chapter 11
                                           :
    Defined Diagnostics, LLC,[1]             :    Case No. 16-_____ (       )
                                           :
    Debtor.                              :
---------------------------------------------------------x

## NOTICE OF FILING OF CREDITOR MATRIX

**PLEASE TAKE NOTICE** that the debtor and debtor-in-possession in the above-captioned case (the "**Debtor**") has today filed the attached Creditor Matrix with the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004.

*[Remainder of Page Intentionally Left Blank]*

---

[1] The last four digits of the Debtor's taxpayer identification number are 0344. The Debtor's offices are located at 930 Clopper Road, Gaithersburg, Maryland 20878.

Dated: New York, New York
April 12, 2016

**WILLKIE FARR & GALLAGHER LLP**

/s/ Paul V. Shalhoub
Paul V. Shalhoub
Joseph G. Minias
Jennifer J. Hardy
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111

*Proposed Counsel to the Debtor and
Debtor in Possession*

**In re Defined Diagnostics, LLC**

| | | |
|---|---|---|
| Alexandria Real Estate (ARE-940 Clopper)<br>Sun Trust Bank  Lockbox 79840<br>1000 Stewart Ave<br>Glen Burnie, MD 21061 | Allo Consulting Services LLC<br>9627 Hamburg Rd<br>Frederick, MD 21702 | American Bar Association(Carol Stream)<br>PO Box 4745<br>Carol Stream, IL 60197-4745 |
| American Express<br>P.O. Box 1270<br>Newark, NJ 07101-1270 | American Intellectual Prop Law Assoc<br>241 18th St South  Suite 700<br>Arlington, VA 22202-3419 | Association of Medical Diagnostics Mfrs<br>c/o Leif Olsen, Hogan Lovell<br>555 Thirteenth St NW  7W<br>Washington, DC 20004 |
| Atlantic Technical Systems LLC<br>PO Box 249<br>Annapolis, MD 21404 | Automatic Data Processing  Inc (ADP)<br>PO Box 842875<br>Boston, MA 02284-2875 | Biomatik USA LLC<br>9-140 McGovern Dr<br>Cambridge, ON N3H 4R7 |
| Carney Badley Spellman, P.S.<br>701 Fifth Avenue - Ste. 3600<br>Seattle, WA 98104 | Chemical Abstracts Service<br>L-3000<br>Columbus, OH 43260 | Chesapeake Research Review LLC<br>PO Box 74008070<br>Chicago, IL 60674-8070 |
| Cintas Corporation (MD VA)<br>PO Box 630803<br>Cincinnati, OH 45263 | Cleveland Clinic Foundation Innov (CCF)<br>PO Lockbox 931532<br>Cleveland, OH 44193 | Computer Packages Inc<br>414 Hungerford Dr  3rd Floor<br>Rockville, MD 20850 |
| Corporation Service Co (POB 13397)<br>PO Box 13397<br>Philadelphia, PA 19101-3397 | Datawatch Systems Inc<br>P.O. Box 79845<br>Baltimore, MD 21279-0845 | Delaware Secretary of State (POB 5509)<br>Division of Corporations<br>PO Box 5509<br>Binghamton, NY 13902-5509 |
| Digi Key Corp<br>PO Box 250<br>Thief River Falls, MN 56701-0250 | Director of the US Patent & Trademark<br>Attn: Deposit Account<br>2051 Jamieson Ave  Ste300<br>Alexandria, VA 22314 | DOCRO Inc<br>1 Jacks Hill Rd  Suite 1A/B<br>Oxford, CT 06478 |
| Environmental Management Services Inc<br>1688 E. Gude Dr  Ste 301<br>Rockville, MD 20850 | Eppendorf North America Inc<br>PO Box 13275<br>Newark, NJ 07101-3275<br>Attn: Richard Armstrong | FB Rice<br>GPO Box 1794<br>Melbourne VIC 3001<br>Australia<br>Attn: Sara Star |

| | | |
|---|---|---|
| Federal Express<br>PO Box 371461<br>Pittsburgh, PA 15250-7461<br>Attn: Chang Kressin | Finnegan Henderson Farabow Garrett & Dunner LLP, Dept 6059<br>Washington, DC 20042-6059 | Gowling, Lafleur & Henderson<br>Box 466<br>Station D<br>Ottawa K1P1C3 CANADA |
| Hylind Search Co Inc.<br>245 W Chase Street<br>Baltimore, MD 21201 | Insight Calibration Services Inc<br>PO Box 21<br>Braddock Heights, MD 21714 | Ivek Corporation<br>10 Fairbanks Rd<br>North Springfield, VT 05150 |
| JK Moving & Storage Inc<br>44112 Mercure Circle<br>Sterling, VA 20166-2017<br>Attn: Donna Fujiwara | LakePharma Inc<br>530 Harbor Blvd<br>Belmont, CA 94002 | Life Technologies Corp (Invitrogen)<br>C/O Bank of America<br>12088 Collections Center Drive<br>Chicago, IL 60693 |
| Mathys & Squire<br>120 Holborn<br>London EC1N 2SQ | Maxim Biomedical Inc<br>1500 East Gude Dr<br>Rockville, MD 20850 | Mettler Toledo Inc<br>22670 Network Place<br>Chicago, IL 60673-1226 |
| Mine Safety Appliances Co<br>PO Box 640348<br>Pittsburgh, PA 15264-0348<br>Attn: Penny Gibson | Montgomery County Maryland (PO Box 9415)<br>P.O. Box 9415<br>Gaithersburg, MD 20898-9415 | MSC Industrial Supply Co<br>Dept CH 0075<br>Palatine, IL 60055-0075 |
| MyBioSource Inc<br>PO Box 153308<br>San Diego, CA 92195-3308 | Neu-Ion Inc<br>7200 Rutherford Rd  Ste 100<br>Baltimore, MD 21244 | O'Keefe Controls Co<br>PO Box Q<br>Trumbull, CT 06611 |
| OHCQ Laboratory Licensing Programs<br>55 Wade Avenue<br>Bland Bryant Building<br>Catonsville, MD 21228 | Orkin (formally Western Pest Services)<br>202 Perry Parkway  Suite 2<br>Gaithersburg, MD 20878 | PCM Sales Inc (PC Mall)<br>File 55327<br>Los Angeles, CA 90074-5327 |
| PEPCO<br>PO Box 13608<br>Philadelphia, PA 19101-3608 | Peter P Chou | Phillips Medisize Plastics Corp<br>3976 Solutions Center<br>Chicago, IL 60677-3009 |
| Pierce Biotechnology Inc<br>13750 Collection Center Dr<br>Chicago, IL 60693 | R & D Scientific Corp (Flanders, NJ)<br>PO Box 740<br>Flanders, NJ 07836 | Richard Nicholson |

| | | |
|---|---|---|
| Sanyou Intellectual Property Agency Ltd.<br>F16, Block A, Corporate Square<br>No. 35 Jinrong Street<br>Beijing  100032 CHINA | Sartorius Stedim North America Inc<br>5 Orville Dr  Suite 200<br>Bohemia, NY 11716 | Science Literature Express<br>244 Silk Hill Court<br>San Ramon, CA 94582 |
| SeraCare Life Sciences Inc<br>PO Box 417605<br>Boston, MA 02241-7605<br>Attn: Anne Moore | SGS North America Inc<br>PO Box 2502<br>Carol Stream, IL 60132-2502 | Shred-it Washington DC<br>PO Box 13574<br>New York, NY 10087-3574 |
| Shusaku Yamamoto Co<br>PO Box 31001-1267<br>Pasadena, CA 91110-1267 | Spectral Data Services Inc<br>818 Pioneer St<br>Champaign, IL 61820 | State Bar of Michigan<br>PO Box 1406<br>Grand Rapids, MI 49501-1406 |
| State Dept of Assessments & Taxation-MD<br>Personal Property Division<br>301 West Preston St<br>Baltimore, MD 21201-2395 | SurModics IVD Inc<br>9924 West 74th St<br>Eden Prairie, MN 55344-3523 | Thermo Fisher Scientific (FOR ORDERS)<br>PO Box 3648,   Acct#: 387397-001<br>Boston, MA 02241-3648 |
| Thomas Leitner | Trimech Solutions LLC<br>4461 Cox Rd  Suite 302<br>Glen Allen, VA 23060 | United Oxygen Co Inc<br>6836 D English Muffin Way<br>Frederick, MD 21703 |
| US Department of Transportation<br>PO BOX 530273<br>Atlanta, GA 30353-0273 | Verizon (PO Box 660720)<br>PO Box 660720<br>Dallas, TX 75266-0720 | VICI Precision Sampling Inc<br>P O Box 15886<br>Baton Rouge, LA 70895 |
| VWR International LLC<br>PO Box 640169<br>Pittsburgh, PA 15264-0169<br>Attn: Nayana Wiswanath | Washington Gas<br>PO Box 37747<br>Philadelphia, PA 19101-5047 | Wiggby Precision Machine Corp<br>140 58th St  Suite 8A<br>Brooklyn, NY 11220 |
| William Gallagher Assoc Ins Brokers (MA)<br>470 Atlantic Ave  13th Floor<br>Boston, MA 02210 | Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Environmental Management Services, Inc.<br>7350 Hwy 98<br>PO Box 15369<br>Hattiesburg, MO 39404 |
| State of California Franchise Tax Board<br>Bankruptcy Section, MS: A-340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | NYS Dept. Taxation & Finance<br>Bankruptcy/Special Procedures Section<br>P.O. Box 5300<br>Albany, NY 12205-0300 | NYC Dept. of Finance<br>345 Adams Street, 3rd Fl.<br>Attn: Legal Affairs<br>Brooklyn, NY 11201 |

| | | |
|---|---|---|
| United States Attorney's Office<br>Southern District of New York<br>Attention: Tax & Bankruptcy Unit<br>86 Chambers Street, Third Floor<br>New York, NY 10007 | John Cahill, Esq.<br>Regional Counsel for NY/NJ U.S.<br>Dep't of Housing and Urban Dev<br>26 Federal Plaza, Room 3500<br>New York, NY 10278-0068 | U.S. Department of Education<br>P.O. Box 5609<br>Greenville, TX 75403-5609 |
| Michigan Dep't of Treasury<br>ATTN: Litigation Liaison<br>2nd Floor, Austin Bldg.<br>430 West Allegan Street<br>Lansing, MI 48922 | Food and Drug Administration<br>10903 New Hampshire Ave<br>Silver Spring, MD 20993-0002 | Ballard Spahr LLP<br>Attn: Timothy F. McCormack<br>300 E. Lombard St., 18th Fl.<br>Baltimore, MD 21202 |
| Ballard Spahr LLP<br>Attn: Bryan J. Harrison<br>300 E. Lombard St., 18th Fl.<br>Baltimore, MD 21202 | Gibson Dunn & Crutcher, LLP<br>Attn: Jeffrey C. Krause<br>333 South Grand Ave.<br>Los Angeles, CA 90071 | Gibson Dunn & Crutcher, LLP<br>Attn: Samuel A. Newman<br>333 South Grand Ave.<br>Los Angeles, CA 90071 |
| G. Richard Gray<br>Gray & Associates LLC<br>401 Headquarters Dr., Suite 205<br>Millersville, MD 21108 | Whiteford, Taylor & Preston LLP<br>Attn: John F. Carlton<br>7 St. Paul St., 13th Fl.<br>Baltimore, MD 21202 | Koushik Bhattcharya<br>Shulman, Rogers, Gandall, Pordy & Ecker<br>12505 Park Potomac Ave., 6th Fl.<br>Potomac, MD 20854 |
| Foley & Lardner LLP<br>3000 K St. NW<br>Washington, DC 20006<br>Attn: Jack G. Haake | Foley & Lardner LLP<br>777 E. Wisconsin Ave.<br>Milwaukee, WI 53202<br>Attn: Nany J. Sennett | K&L Gates LLP<br>1601 K St. NW<br>Washington, DC 20006<br>Attn: Thomas F. Cooney, III |
| White Oak Global Advisors, LLC<br>88 Kearny St., 4th Fl.<br>San Francisco, CA 94108 | PPD Development, LP<br>929 N. Front St.<br>Wilmington, NC 28401 | FTI Consulting, Inc.<br>1101 K St. NW, Suite B100<br>Washington, DC 20006<br>Attn: Michael Nowlan |
| FB Rice<br>Level 14, 90 Collins Street<br>Melbourne VIC 3000 Australia<br>Attn: Sarah Star | R&D Scientific Corporation<br>272 US-206<br>Flanders, NJ 07836 | VWR International LLC<br>100 Matsonford Rd.<br>PO Box 6660<br>Radnor, PA 19087 |
| Finnegan, Henderson, Farabow, Garrett & Dunner, LLP<br>901 New York Ave. NW<br>Washington, DC 20001<br>Attn: Michael T. Jones | Automatic Data Processing<br>1 ADP Boulevard<br>Roseland, NJ 70608 | Thermo Fisher Scientific Inc.<br>37 W 20th St.<br>New York, NY 10011 |
| Hyperion Catalysis International, Inc.<br>38 Smith Place<br>Cambridge, MA 02138 | Duff & Phelps Securities, LLC<br>10100 Santa Monica Blvd., Ste 100<br>Los Angeles, CA 90067<br>Attn: Matthew Gates | Tekra<br>Division of EIS, Inc.<br>8084 Solutions Center<br>Chicago, IL 60677 |

| | | |
|---|---|---|
| Kohner, Mann & Kailas, S.C.<br>Attn: David J. Gengler<br>4650 N. Port Washington Rd.<br>Barnabus Business Center<br>Milwauke, WI 53212 | Claus-Joerg Ruestch<br>F. Hoffman-La Roche Ltd.<br>Department LI Bldg. 52/11<br>Basel CH-4070 Switzerland | President<br>Roche Diagnostics Corporation<br>9115 Hague Rd.<br>Indianapolis, IN 46520 |
| Roche Diagnostics Systems, Inc.<br>1 Sunset Ave.<br>Montclair, NJ 07042 | Skadden, Arps, Slate, Meagher & Flom LLP<br>4 Times Square<br>New York, NY 10036<br>Attn: Paul T. Schnell | Skadden, Arps, Slate, Meagher & Flom LLP<br>4 Times Square<br>New York, NY 10036<br>Attn: Richard J. Grossman |
| Shearman & Sterling LLP<br>599 Lexington Ave.<br>New York, NY 10022<br>Attn: Eliza Swann | The Cleveland Clinic Foundation –<br>CCF Innovations/Mailcode D20<br>Attn: Exec. Director & Legal Dept.<br>9500 Euclid Ave.<br>Cleveland, OH 44195 | Karlos Sachs<br>Wells Fargo Bank, N.A.<br>7475 Wisconsin Ave., Suite 400<br>Bethesda, MD 20814 |
| Quinn Emanuel Urquart & Sullivan<br>Attn: Benjamin Finestone<br>151 Madison Ave., 22nd Fl.<br>New York, NY 10010 | Hairong Zhang | Quan Yu |
| Geetha Apparaju | Mekbib Astatke | Vadim Baev |
| Steven Bartimo | Matthew Bonen | Yolanda Caraballo |
| Gabriel Castille | Wai Man Chan | Sang Cho |
| Camille Ciesliga | Amy Connolly | Richard Cook |
| Catherine Cottone | Charles Quentin Davis | Kelsea Day |

- 5 -

| | | |
|---|---|---|
| Lana Do | Kevin Dorsey | Sandra A. Doveikis |
| Gary Egerton | Anissa Elayadi | Ethan Englund |
| Katherine Ferry-Galow | James P. Gamertsfelder | William Scott Groene |
| Michele Halvorson | Heidi Hammerschmidt | Jason Harley |
| Michael Harris | John Harshman | Tara Hiltke |
| Frederick Holtsberg | Paul Hu | Xiaofen Huang |
| Ekwere Ifon | Habibah Jackson | Eddie Jeffries |
| Lawrence Jerome | Joseph Kilheeney | Jonathan K. Leland |
| Toby Lowe | Nina Lukinova | Henry Lupari |

| | | |
|---|---|---|
| Paul Macomber | Sundeep Malhi | Amy Malla |
| Rober Matikyan | John McCarthy | Francis Michon |
| Christopher Micklitsch | Samuel Moore | Richard Nicholson |
| Tisola Noel-Birdsong | Josephus Otten | Yuhui Pan |
| Amy Permenter | Jeffrey Peterman | Fawn W. Petty |
| Mary Pingitore-Conway | Andrew Pozsgay | Cesar Ramos |
| John Scott | Michael R. Shanks | Francis Stieber |
| Laura Tan | Ania W. Taylor | Brian Thomas |
| Robert Trang | Manonmani Venkatesan | Jill White |

| | | |
|---|---|---|
| Matthew Williams | Chloe Wood | Wellstat Management Company, LLC<br>930 Clopper Rd<br>Gaithersburg, MD 20878 |
| Wellstat Biologics Corp.<br>930 Clopper Rd<br>Gaithersburg, MD 20878 | Wellstat Therapeutics Corp.<br>930 Clopper Rd<br>Gaithersburg, MD 20878 | Wellstat Ophthalmics Corp.<br>930 Clopper Rd<br>Gaithersburg, MD 20878 |
| Wellstat Vaccines, LLC<br>930 Clopper Rd<br>Gaithersburg, MD 20878 | Wellstat Immuno Therapeutics, LLC<br>930 Clopper Rd<br>Gaithersburg, MD 20878 | Wellstat Biocatalysis, LLC<br>930 Clopper Rd<br>Gaithersburg, MD 20878 |
| Wellstat AVT Investmenet LLC<br>930 Clopper Rd<br>Gaithersburg, MD 20878 | Nadine & Samuel Wohlstadter<br>930 Clopper Rd<br>Gaithersburg, MD 20878 | FTI Consulting, Inc.<br>PO Box 418178<br>Boston, MA 02241-8178<br>Attention: Michael Nowlan |
| Christopher Stone<br>PDL BioPharma Inc.<br>932 Southwood Blvd.<br>Incline Village, NV 89451 | BioVeris Corporation<br>16020 Industrial Dr.<br>Gaithersburg, MD 20877 | PPD Development, LP<br>26361 Network Place<br>Chicago, IL 60673-1263<br>Attention: Brittany Guyton |