**FOLEY & LARDNER LLP**
Katherine R. Catanese
90 Park Avenue
New York, NY 10016-1314
Telephone: (212) 338-3496
Facsimile: (212) 687-2329

*Counsel for BioVeris Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re: | Chapter 11 |
|---|---|
| DEFINED DIAGNOSTICS, LLC, | Case No. 16-10890 (MEW) |
| Debtor. | |

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the law firm of Foley & Lardner LLP, by the undersigned, hereby appears as counsel for BioVeris Corporation ("BioVeris") as licensor of ECL technology to Defined Diagnostics, LLC (the "Debtor"), pursuant to that certain licensing agreement. Pursuant to § 1109(b) of title 11 of the United States Code and Rule 9010 of the Federal Rules of Bankruptcy Procedure, BioVeris requests that all notices that are required to be given and that are required to be served in the above-captioned chapter 11 cases (including, but not limited to, all papers filed and served in all adversary proceedings in such cases, and all notices mailed only to the statutory committees or their authorized agents, as such may be duly appointed or designated, and to creditors and equity security holders who file with the Court and request that all notices be mailed to them), be served to the following addresses:

>Katherine Catanese
>FOLEY & LARDNER LLP
>90 Park Avenue
>New York, NY 10016
>Telephone: (212) 682-3496
>Facsimile: (212) 687-2329
>Email: kcatanese@foley.com

**PLEASE TAKE FURTHER NOTICE** that the forgoing request includes not only the notices, pleadings, and orders referred to in the rules specified above, but also includes, without limitation, all other notices, papers, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, electronic mail, or otherwise, which affects or seeks to affect the above-captioned debtors, their property or the administration of their chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** that the appearance is a "special" appearance and does not constitute consent to the jurisdiction of this Court.

| | |
|---|---|
| Dated: April 26, 2016<br>New York, New York | FOLEY & LARDNER LLP<br><br>*/s/ Katherine Catanese*<br>Katherine Catanese<br>FOLEY & LARDNER LLP<br>90 Park Avenue<br>New York, NY 10016<br>Telephone: (212) 682-7474<br>Facsimile: (212) 687-2329<br>Email: kcatanese@foley.com<br><br>*Attorneys for BioVeris Corporation, as licensor* |

## CERTIFICATE OF SERVICE

        I HEREBY CERTIFY that I caused a true and correct copy of the foregoing has been furnished by regular U.S. Mail, to the following parties this 26th day of April 2016:

Defined Diagnostics, LLC
c/o Paul V. Shalhoub
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

PDL Biopharma, Inc.
c/o Matthew K. Kelsey
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193

PDL Biopharma, Inc.
c/o Jeffrey Krause, Samuel Newman &
Genevieve Weiner
Gibson, Dunn & Crutcher LLP
333 S. Grand Avenue
Los Angeles, CA 90071


        */s/ Katherine Catanese*
        Katherine Catanese