**Fill in this information to identify the case:**

Debtor name Defined Diagnostics, LLC

United States Bankruptcy Court for the: Southern    District of New York

(State)

Case number (If known): 16-10890

**ALL SCHEDULES ARE SUBJECT TO THE GLOBAL NOTES ATTACHED HERETO**

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**    $0

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Wells Fargo Bank NA | Checking Account | 0818 | $4,876.30 |
| 3.2. BBT (balance is as of 4/12/2016) - on 4/15/2016 a non-debtor party drew down the balance to $0. This is a Wellstat Diagnostics account controlled by the Receiver, Gray & Associates LLC | Checking Account | 6334 | $143,812.97 |

4. **Other cash equivalents** *(Identify all)*

   4.1. N/A    $
   4.2.    $

5. **Total of Part 1**    **$148,689.27**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☒ Yes. Fill in the information below.

   | | Current value of debtor's interest |
   |---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. N/A    $

Debtor  Defined Diagnostics, LLC          Case number (if known) 16-10890
          Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. Property Tax 07/1/2015 - 06/30/2016 Montgomery County, Maryland          $13,835.22

8.2. _____          $_____

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.          $13,835.22

## Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☒ Yes. Fill in the information below.

|  |  | **Current value of debtor's interest** |
|---|---|---|

11. **Accounts receivable**

11a. 90 days old or less:   _____ – _____ = ....... ➤          $_____
                           face amount              doubtful or uncollectible accounts

11b. Over 90 days old:   $500 _____ – $500 _____ = ....... ➤          $0
                        face amount          doubtful or uncollectible accounts

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.          $0

## Part 4:   Investments

13. **Does the debtor own any investments?**

☒ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____          _____          $_____
14.2. _____          _____          $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:          % of ownership:

15.1. _____   _____%          _____          $_____
15.2. _____   _____%          _____          $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____          _____          $_____
16.2. _____          _____          $_____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.          $_____

Debtor  Defined Diagnostics, LLC
        Name

Case number (if known) 16-10890

---

**Part 5:    Inventory, excluding agriculture assets**

18.  **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** | MM / DD / YYYY | $ | | $ |
| 20.  **Work in progress** | MM / DD / YYYY | $ | | $ |
| 21.  **Finished goods, including goods held for resale** | MM / DD / YYYY | $ | | $ |
| 22.  **Other inventory or supplies** | MM / DD / YYYY | $ | | $ |

23.  **Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

$ _____

24.  **Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____  Valuation method _____  Current value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

---

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27.  **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28.  **Crops—either planted or harvested** | $ | | $ |
| 29.  **Farm animals** Examples: Livestock, poultry, farm-raised fish | $ | | $ |
| 30.  **Farm machinery and equipment** (Other than titled motor vehicles) | $ | | $ |
| 31.  **Farm and fishing supplies, chemicals, and feed** | $ | | $ |
| 32.  **Other farming and fishing-related property not already listed in Part 6** | $ | | $ |

| Debtor | Defined Diagnostics, LLC | Case number *(if known)* 16-10890 |
|---|---|---|
| | Name | |

**33. Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.

$ _____

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method_____ Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| Schwab/SentrySafe file cabinet | $443.71 | Net book value | $443.71 |
| **40. Office fixtures** | | | |
| Workstations, voicemail server, phones | $282.76 | Net book value | $282.76 |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Computer equipment | $1,549.28 | Net book value | $1,549.28 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 N/A | $_____ | | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

**43. Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

$2,275.70

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☒ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☒ No

☐ Yes

Debtor    Defined Diagnostics, LLC
                Name                                                                                    Case number (if known) 16-10890

---

**Part 8:**    **Machinery, equipment, and vehicles**

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☒ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| 48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |
| 49.  **Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| 50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| Laboratory equipment_____ | $131,261_____ | Historical purchase price | $131,261_____ |

51.  **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| $131,261_____ |
|---|

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☒ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☒ No

☐ Yes

Debtor   Defined Diagnostics, LLC                                    Case number (if known) 16-10890
         Name

---

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**

   ☒ No. Go to Part 10.

   ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | $_____ | _____ | $_____ |
| 55.2 _____ | _____ | $_____ | _____ | $_____ |
| 55.3 _____ | _____ | $_____ | _____ | $_____ |
| 55.4 _____ | _____ | $_____ | _____ | $_____ |
| 55.5 _____ | _____ | $_____ | _____ | $_____ |
| 55.6 _____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**

   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

   $_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

   ☐ No

   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

   ☐ No

   ☐ Yes

---

## Part 10:  Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No. Go to Part 11.

   ☒ Yes. Fill in the information below.

| General Description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>   See Attached | $ Unknown at this time | _____ | $ Unknown at this time |
| 61. **Internet domain names and websites**<br>   See Attached | $ Unknown at this time | | $ Unknown at this time |
| 62. **Licenses, franchises, and royalties**<br>   Licenses with BioVeris Corp. Cleveland Clinic Foundation and CLIA | $ Unknown at this time | | $ Unknown at this time |
| 63. **Customer lists, mailing lists, or other compilations**<br>   _____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>   _____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>   _____ | $_____ | | $_____ |

66. **Total of Part 10.**

   Add lines 60 through 65. Copy the total to line 89.

   $

---

Debtor    Defined Diagnostics, LLC    Case number (if known) 16-10890
　　　　　Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☒ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☒ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No

☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☒ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____    _____ – _____ = ➡ $_____
　　　　　　　　　　　　　　Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)
No NOLs are generated for the Debtor's benefit

_____    Tax year_____    $_____
_____    Tax year_____    $_____
_____    Tax year_____    $_____

73. **Interests in insurance policies or annuities**

_____    $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    $_____

Nature of claim    _____

Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $_____

Nature of claim    _____

Amount requested    $_____

76. **Trusts, equitable or future interests in property**

_____    $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

Work in progress – Assembly line _____    $ 1,161,121

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $1,161,121

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No

☐ Yes

Debtor    Defined Diagnostics, LLC
_____Name_____

Case number *(if known)* 16-10890

---

**Part 12:**    **Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $148,689.27 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $13,835.22 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $500 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,275.70 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $131,261 | |
| 88. **Real property.** *Copy line 56, Part 9.* ...............................➔ | | $0 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ | |
| 90. **All other assets.** *Copy line 78, Part 11.* | **+** $ 1,161,121 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...................91a. | $1,457,182.19 | **+** 91b. $ |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92. ..........................................    $ 1,457,182.19

**Fill in this information to identify the case:**

Debtor name  Defined Diagnostics, LLC

United States Bankruptcy Court for the:  Southern     District of   New York
                                                                (State)

Case number (If known):   16-10890

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1**

**Creditor's name**
   PDL Biopharma, Inc.

**Describe debtor's property that is subject to a lien**
Substantially all assets of the Debtor          $55,795,120.15     $ Unknown at this time

**Creditor's mailing address**

932 Southwood Blvd, Incline Village, NV 89451

**Describe the lien:** First-priority lien

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**   11/02/2013

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Last 4 digits of account number** ___

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**2.2**

**Creditor's name**

**Describe debtor's property that is subject to a lien**
                                                       $_____     $_____

**Creditor's mailing address**

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Date debt was incurred** _____

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $ 55,795,120.15

Debtor    <u>Defined Diagnostics, LLC</u>
      Name                                                 Case number *(if known)* <u>16-10890</u>

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and Address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |

**Fill in this information to identify the case:**

Debtor _____Defined Diagnostics, LLC_____

United States Bankruptcy Court for the: __Southern___ District of _New York_____
(State)

Case number __16-10890_____
(if known)

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:** $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.2** Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:** $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.3** Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:** $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    Dermal Diagnostics, LLC
     Name

Case number *(if known)* 16-10890

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | Amount of claim |
|---|---|

**3.1** | **Nonpriority creditor's name and mailing address**

Arthur J. Gallagher & Co.

470 Atlantic Avenue, Boston, MA 02210

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 43,795

---

**3.2** | **Nonpriority creditor's name and mailing address**

Automatic Data Processing

PO Box 842875, Boston, MA 02284

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 163.70

---

**3.3** | **Nonpriority creditor's name and mailing address**

Cleveland Clinic Foundation Innov

PO Lockbox 931532, Cleveland, OH 44193

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 20,000

---

**3.4** | **Nonpriority creditor's name and mailing address**

Eppendorf North America

PO Box 13275, Newark, NJ 07101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$162.64

---

**3.5** | **Nonpriority creditor's name and mailing address**

FB Rice

GPO Box 1794, Melbourne, Australia VIC 3001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,672

---

**3.6** | **Nonpriority creditor's name and mailing address**

Federal Express

PO Box 371461, Pittsburgh PA 15250

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$55.34

---

| **Part 2:** | **Additional Page** |
| --- | --- |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**    **Amount of claim**

---

**3. 7**   **Nonpriority creditor's name and mailing address**

Finnegan Henderson Farabow Garrett

901 New York Avenue NW, Washington, DC 20001

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

**Basis for the claim:**_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____ _ _____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 1,464.61

---

**3. 8**   **Nonpriority creditor's name and mailing address**

FTI Consulting Inc.

PO Box 418178, Boston MA 02241

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____ _ _____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 72,987.43

---

**3. 9**   **Nonpriority creditor's name and mailing address**

Iron Mountain, PO Box 27129, New York NY 10087

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____ _ _____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 359.65

---

**3.10**   **Nonpriority creditor's name and mailing address**

JK Moving & Storage Inc.  41112 Mercure Circle , Sterling ,VA 20166

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Basis for the claim:**_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____ _ _____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 2889

---

**3.11**   **Nonpriority creditor's name and mailing address**

Mackinac Partners LLC  74 W Long Lake , Suite 205, Bloomfield Hills , MI48304

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____ _ _____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 780

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**

**Part 2:    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.12** Nonpriority creditor's name and mailing address

Mine Safety Appliances Co.

PO Box 640348, Pittsburgh PA 15264

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$504.36

Basis for the claim:_____

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.13** Nonpriority creditor's name and mailing address

PPD Development LP

26361 Network Place, Chicago IL 60673

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 64,492.14

Basis for the claim:_____

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.14** Nonpriority creditor's name and mailing address

Richard Nicholson

13402 Stonebridge Terrace, Germantown MD 20874

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5,430.00

Basis for the claim:_____

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.15** Nonpriority creditor's name and mailing address

Sanyou Intellectual Property Agency

F16,Block no.35 Jinrong Street, Beijing CN100032

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,547.00

Basis for the claim:_____

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.16** Nonpriority creditor's name and mailing address

SeraCare Life Sciences Inc.

PO Box 417605, Boston MA 02241

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 664.22

Basis for the claim:_____

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Is the claim subject to offset?
☒ No
☐ Yes

---

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.17** Nonpriority creditor's name and mailing address

State of Delaware – Division of Corporations

PO Box 5509, Binghamton NY 13902

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$300.00

Basis for the claim:_____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.18** Nonpriority creditor's name and mailing address

Thermo Fisher Scientific

PO Box 3648, Boston MA 02241

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 103.62

Date or dates debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:_____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.19** Nonpriority creditor's name and mailing address

Trimech Solutions LLC

4461 Cox Rd., Suite 302, Glen Allen VA 23060

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 498.00

Basis for the claim:_____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.20** Nonpriority creditor's name and mailing address

VICI Precision Sampling Inc.

PO Box 15886, Baton Rouge, LA 70895

As of the petition filing date, the claim is:

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$329.68

Basis for the claim:_____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.21** Nonpriority creditor's name and mailing address

VWR International LLC

PO Box 640169, Pittsburgh PA 15264

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$311.07

Basis for the claim:_____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.22** Nonpriority creditor's name and mailing address

Wohlstadter, Samuel and Nadine (either directly or through wholly controlled entities)

930 Clopper Road, Gaithersburg, MD 20878

As of the petition filing date, the claim is:

_Check all that apply._
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed
- [ ] Liquidated and neither contingent nor disputed

$56,499.900.45

Basis for the claim: **Notes Payable from insider**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:

_Check all that apply._
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$_____

Basis for the claim:_____

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
- [ ] No
- [ ] Yes

---

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:

_Check all that apply._

$_____

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:_____

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
- [ ] No
- [ ] Yes

---

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:

_Check all that apply._
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$_____

Basis for the claim:_____

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
- [ ] No
- [ ] Yes

---

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:

_Check all that apply._
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$_____

Basis for the claim:_____

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
- [ ] No
- [ ] Yes

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor   Demed Diagnostics, LLC
         Name                                                   Case number (if known) 16-10890

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2. | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3. | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4. | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 41. | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5. | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6. | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7. | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.8. | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9. | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.10. | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.11. | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |

Official Form 206E/F                  Schedule E/F: Creditors Who Have Unsecured Claims

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
| --- | --- |

5.  **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
| --- | --- | --- |
| 5a. **Total claims from Part 1** | 5a. | $ 0 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 56,718,409.91 |
| 5c. **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ 56,718,409.91 |

**Fill in this information to identify the case:**

Debtor name  Defined Diagnostics, LLC

United States Bankruptcy Court for the:  Southern   District of  New York
                                                          (State)

Case number (If known):    16-10890                Chapter  11

☐ Check if this is an
   amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement to use patented electrochemiluminescense technology | BioVeris Corporation – 16020 Industrial Dr., Gaithersburg, MD 20877 |
| | State the term remaining | Indefinite term | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name  Defined Diagnostics, LLC

United States Bankruptcy Court for the:  Southern              District of  New York
                                                                         (State)

Case number (If known):  16-10890

Official Form 206H

# Schedule H: Codebtors                                                                  12/15

☐ Check if this is an
amended filing

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach
the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☒  No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☐  Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
   creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each
   schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| Name | Mailing address | Name | *Check all schedules that apply:* |
| 2.1 _____ | Street _____<br>_____<br>City          State          ZIP code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 _____ | Street _____<br>_____<br>City          State          ZIP code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 _____ | Street _____<br>_____<br>City          State          ZIP code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 _____ | Street _____<br>_____<br>City          State          ZIP code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 _____ | Street _____<br>_____<br>City          State          ZIP code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 _____ | Street _____<br>_____<br>City          State          ZIP code | _____ | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name _In re Defined Diagnostics, LLC_ _____

United States Bankruptcy Court for the: _Southern_____ District of _New York___
(State)

Case number (If known): ___16-10890_____

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

**Part 1:    Summary of Assets**

---

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..................................................................

    $ __0_____

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*...............................................................

    $ __1,457,182.19__

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................

    $ __1,457,182.19__

---

**Part 2:    Summary of Liabilities**

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................................

    $ __55,795,120.15__

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................................

    $ _____

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........................................................

    **+** $ __56,718,409.91__

4. **Total liabilities**...................................................................................................................
    Lines 2 + 3a + 3b

    $ __112,513,530.06__

**Fill in this information to identify the case and this filing:**

Debtor Name <u>Defined Diagnostics, LLC</u>

United States Bankruptcy Court for the: <u>Southern</u>    District of <u>New York</u>
                                                               (State)

Case number (*If known*): <u>16-10890</u>

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑    *Schedule H: Codebtors* (Official Form 206H)

☑    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule* _____

☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration: <u>*List of Equity Holders and Corporate Ownership Statement Pursuant to Bankruptcy Rules 1007(a)(3) and 7007.1*</u>

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>04  / 26 / 2016</u>
            MM / DD / YYYY

/s/ Nadine H. Wohlstadter
Signature of individual signing on behalf of debtor

Nadine H. Wohlstadter
Printed name

Managing Member
Position or relationship to debtor

Form 206A/B
Schedule A/B: Assets-Real and Personal Property
Part 10
Page 6
 60. Patents, copyrights, trademarks, and trade secrets

# I. ELECTROCHEMILUMINESCENCE PATENTS AND APPLICATIONS NON-EXCLUSIVELY LICENSED TO DEFINED DIAGNOSTICS, LLC

**Detection Apparatus** (aka M1M design)

| Matter No. | CO. | Serial No. | Status | Expiration | Patent No. |
|---|---|---|---|---|---|
| B00020US0 | US | 29/203,263 | Issued | 2/14/20 No MF | D515,220 |

**ECL Labels Having Improved NSB Properties** (aka sulfo-tag) – Core Technology

| Matter No. | CO. | Serial No. | Status | Expiration | Patent No. |
|---|---|---|---|---|---|
| P17581WO0 | WO | PCT/US97/04150 | Expired | | |
| P17585WO0 | WO | PCT/US02/19788 | Expired | | |
| P17584US0 | US | 09/896,974 | Issued | 6/29/21 MF DUE 10/26/15 | 6,808,939 |
| P17586EP0 | EP | 2749629.8 | Pending | 6/20/22 | 1409459 |
| P17591JP0 | JP | 2003-508911 | Pending | | |
| P17588CAO | CA | 2,451,962 | Issued | 6/21/22 | 2,451,962 |
| P17589CN0 | CN | 02816607.8 | Pending | | |
| P17592HK0 | HK | 04108289.9 | Published | | |
| P17590IN0 | IN | 2077/CHENP/2003 | Pending | | |

**Electrochemiluminescent Assays**

| Matter No. | CO. | Serial No. | Status | Expiration | Patent No. |
|---|---|---|---|---|---|
| P12080WO0 | WO | PCT/US87/00987 | Expired | | WO87/06706 |
| P12391WO0 | WO | PCT/US89/04919 | Expired | | WO90/05301 |
| P12102US0 | US | 08/472,425 | Issued | 11/13/18 All MF pd | 6,316,607 |
| | US | 06/858,354 | Abandoned | | |
| | US | 07/266,882 | Abandoned | | |
| | US | 07/369,560 | Abandoned | | |
| P12088US0 | US | 08/415,756 | Abandoned | | |
| P12095US0 | US | 08/415,758 | Abandoned | | |
| | US | 08/195,825 | Abandoned | | |
| P12088US1 | US | 10/274,079 | Expired | No 8 yr pd by 7/12/13 | 6,916,606 |
| P12081EP0 | EP | 87904151.5 | Expired | | 0 265 519 |
| P12392EP0 | EP | 89913023.1 | Expired | | 0 446 245 |
| P12100EP0 | EP | 94120254.1 | Abandoned | | |
| P12101EP0 | EP | 94120516.3 | Expired | | 0 658 564 |
| P12399EP0 | EP | 96202510.2 | Abandoned | | |
| P12084JP0 | JP | 503860/87 | Expired | | 2005055 |
| P12097JP0 | JP | 251174/94 | Extinct | | 2674957 |
| P12099JP0 | JP | 27517/94 | Extinct | | 3349279 |
| P12084JP2 | JP | 166280/96 | Extinct | | 2648474 |
| P12100JP0 | JP | 190615/98 | Extinct | | 3476679 |
| P12397JP0 | JP | 500352/90 | Expired | | 2992974 |
| P12099JP1 | JP | 2002-204082 | Extinct | | 3509812 |
| P12087AU0 | AU | 75816/87 | Issued | | 605158 |
| P12398AU0 | AU | 46357/89 | Issued | | 637775 |
| P12092AU0 | AU | 74338/91 | Issued | | 644150 |
| P12094AU0 | AU | 57540/94 | Issued | | 685071 |
| P12089CA0 | CA | 536,079 | Issued | | 1,339,465 |
| P12393CA0 | CA | 2,002,101 | Issued | | 2,002,101 |

| Matter No. | CO. | Serial No. | Status | Expiration | Patent No. |
|---|---|---|---|---|---|
| P12082DK0 | DK | 06897/1987 | Expired | | PR172940 |
| P12093DK0 | DK | 162/93 | Expired | | 173025 |
| P12083FI0 | FI | 875732 | Expired | | 102017 |
| P12105HK0 | HK | 98106428.2 | Issued | | 1007442 |
| P12103HK0 | HK | 98115071.3 | Issued | | 1013653 |
| P12090IL0 | IL | 82411 | Issued | | 82411 |
| P12091IL0 | IL | 101990 | Issued | | 101990 |
| P12091IL1 | IL | 110557 | Issued | | 110557 |
| P12104IL0 | IL | 119484 | Issued | | 119484 |
| P12096IL0 | IL | 119895 | Issued | | 119895 |
| P12394IL0 | IL | 266,882 | Issued | | 92164 |
| P12085KR0 | KR | 701252/87 | Issued | | 114954 |
| P12396KR0 | KR | 701404/90 | Issued | | 143993 |
| P12086NO0 | NO | 875476 | Expired | | 176071 |
| P12098NO0 | NO | P943690 | Expired | | 302979 |
| P12400SG0 | SG | 9611161-2 | Issued | | 60022 |
| P12395ZA0 | ZA | 89/8290 | Issued | | 89/8290 |

**Electrochemiluminescent Reaction Utilizing Amine-Derived Reductant**

| Matter No. | CO. | Serial No. | Status | Expiration | Patent No. |
|---|---|---|---|---|---|
| P12571WO0 | WO | PCT/89/04859 | Expired | | WO 90/05296 |
| | US | 07/266,914 | Abandoned | | |
| P12570US0 | US | 08/196,315 | Issued | 12/26/17 All MF pd | 6,165,729 |
| P12578US0 | US | 08/465,928 | Expired | 12/8/15 All MF pd | 5,846,485 |
| P12577US0 | US | 08/467,232 | Expired | | 6,451,225 |
| P12579US0 | US | 08/467,936 | Issued | 8/7/18 **TD** All MF pd | 6,271,041 |
| P12581US0 | US | 09/590,398 | Expired | No 8 yr pd by 3/9/12 | 6,702,986 |
| P12581US1 | US | 10/796,297 | Abandoned | | |
| P12572EP0 | EP | 90900518.3 | Expired | | 0 441 894 |
| P12574JP0 | JP | 500638/90 | Expired | | 1977948 |
| P12575AU0 | AU | 46572/89 | Issued | | 641374 |
| P12576AU0 | AU | 52697/93 | Issued | | 667594 |
| P12573CA0 | CA | 2,002,009 | Issued | | 2,002,009 |
| P12572HK0 | HK | 98105032.2 | Issued | | 1006353 |

**Luminescent Metal Chelate Labels and Means for Detection**

| Matter No. | CO. | Serial No. | Status | Expiration | Patent No. |
|---|---|---|---|---|---|
| P12073WO0 | WO | US85/02153 | Expired | | WO 86/02734 |
| | US | 06/666,987 | Abandoned | | |
| P12060US0 | US | 06/789,113 | Expired | | 5,238,808 |
| | US | 06/858,353 | Abandoned | | |
| | US | 07/604,939 | Abandoned | | |
| P12050US0 | US | 07/609,072 | Expired | | 5,221,605 |
| P12070US0 | US | 07/789,418 | Expired | 5/10/11 | 5,310,687 |
| P12051US0 | US | 08/159,770 | Expired | 9/26/12 | 5,453,356 |
| P12071US1 | US | 08/238,224 | Issued | 10/31/17 *TD All MF pd | 6,140,138 |
| P12053US0 | US | 08/474,760 | Expired | 5/10/11 | 5,731,147 |
| P12052US0 | US | 08/477,579 | Expired | 2/3/15 | 5,714,089 |
| P12062EP0 | EP | 85905702.8 | Expired 30Oct05 | | 0 199 804 |
| P12067EP0 | EP | 93108292.9 | Expired 30Oct05 | | 0 580 979 |
| P12067EP1 | EP | | Expired 30Oct05 | | |
| P12065JP0 | JP | 5050609/85 | Expired 30Oct05 | | 2107086 |
| P12066JP0 | JP | 351891/92 | Expired 30Oct05 | | 2710534 |
| P12068JP1 | JP | 235511/94 | Expired 30Oct05 | | 2702075 |

2

| Matter No. | CO. | Serial No. | Status | Expiration | Patent No. |
|---|---|---|---|---|---|
| P12069JP2 | JP | 194842/96 | Expired 30Oct05 | | 2706650 |
| P12063CA0 | CA | 494,077 | Issued | | 1,339,835 |
| P12062HK0 | HK | 98106427.3 | Expired 30Oct05 | | HK 1007349 |
| P12072HK0 | HK | 98115088.4 | Expired 30Oct05 | | HK1013861 |
| P12064IL0 | IL | 76872 | Expired 30Oct05 | | 76872 |

**Methods and Apparatus for Improved Luminescence Assays** (aka magnelyzer)

| Matter No. | CO. | Serial No. | Status | Expiration | Patent No. |
|---|---|---|---|---|---|
| P13681WO0 | WO | PCT/US92/00992 | Expired | | WO 92/14139 |
| | US | 07/539,389 | Abandoned | | |
| | US | 07/652,427 | Abandoned | | |
| | US | 07/827,269 | Abandoned | | |
| | US | 07/827,270 | Abandoned | | |
| | US | 08/158,193 | Abandoned | | |
| P13680US0 | US | 08/160,063 | Issued | 10/5/16 **TD** All MF pd | 5,962,218 |
| P13400US0 | US | 08/346,832 | Issued | 8/10/16 All MF pd | 5,935,779 |
| P13411US0 | US | 08/461,395 | Expired | 7/14/15 All MF pd | 5,779,976 |
| P13412US0 | US | 08/465,443 | Issued | 4/19/22 MF DUE 4/19/16 | 6,881,589 |
| P13414US0 | US | 08/473,313 | Issued | 6/20/17 **TD** All MF pd | 6,078,782 |
| P13413US0 | US | 09/253,558 | Expired | No 12 yr pd by 12/4/13 | 6,325,973 |
| P13412US1 | US | 10/912,574 | Expired | No 4 yr pd by 12/10/12 | 7,462,322 |
| P13682EP0 | EP | 92906820.3 | Expired | 2/5/12 | 0 570 518 |
| | AT | 92906820.3 | Expired | | AT173542T |
| | CH | 92906820.3 | Expired | | |
| | DE | 92906820.3 | Expired | | DE69227624D |
| | ES | 92906820.3 | Expired | | |
| | FR | 92906820.3 | Expired | | |
| | GB | 92906820.3 | Expired | | |
| | IT | 92906820.3 | Expired | | |
| | LI | 92906820.3 | Expired | | |
| P1382SE0 | SE | 92906820.3 | Expired | | 0 570 518 |
| P13694EP0 | EP | 98200764.3 | Expired | 2/5/12 | EP0877252 |
| P13694EP1 | EP | 02022214.7 | Expired | 2/5/12 | EP1286164 |
| P13692JP0 | JP | 506644/92 | Issued | | 3061416 |
| P13696JP0 | JP | 200865/98 | Issued | | 3182515 |
| P13689AU0 | AU | 14206/92 | Issued | | 668,085 |
| P13690CA0 | CA | 2,103,674 | Issued | | |
| P13686CN0 | CN | 92102540.8 | Issued | | 92102540.8 |
| P13686CN1 | CN | 02132026.8 | Published | | |
| P13682GR0 | GR | 990400531 | Invalid | | 3029446 |
| P13693HK0 | HK | 98115052.6 | Issued | | 1017970 |
| P13695HK0 | HK | 99100983.1 | Issued | | 1015878 |
| | HK | 04108800.9 | Issued | | HK1017970 A1 |
| P13685IE0 | IE | 920380 | Lapsed | | 69060 |
| P13683IL0 | IL | 10086792A | Lapsed | | 100,867 |
| P13691KR0 | KR | 702344/1993 | Issued | | 226231 |
| P13688NZ0 | NZ | 241,537 | Issued | | 241537 |
| P13687TW0 | TW | 81102075 | Issued | | NI-89937 |
| P13684ZA0 | ZA | 92/0804 | Issued | | 92/0804 |

3

**Particle-Based Electrochemiluminescent Assays**

| Matter No. | CO. | Serial No. | Status | Expiration | Patent No. |
|---|---|---|---|---|---|
| P12390US0 | US | 08/413,536 | Issued | 4/19/22 MF DUE 4/19/16 | 6,881,536 |

**Rate Measurements of Biomolecular Reactions Using Electrochemiluminescence**

| Matter No. | CO. | Serial No. | Status | Expiration | Patent No. |
|---|---|---|---|---|---|
| P17161WO0 | WO | PCT/US95/15982 | Expired | | WO96/17248 |
| P17160US0 | US | 08/347,984 | Expired | 12/2/14 | 5,527,710 |
| P17170US1 | US | 09/099,048 | Abandoned | | |
| P17162EP0 | EP | 95944075.1 | Expired | 12/4/15 | 0 871 891 |
| P17164JP0 | JP | 519172/96 | Pending | | |
| P17165AU0 | AU | 45966/96 | Issued | | 711459 |
| P17163CA0 | CA | 2,206,335 | Pending | | |
| P17166KR0 | KR | 703652/1997 | Issued | | 381462 |

**Design Application for System (M-1)**

| Matter No. | CO. | Serial No. | Status | Expiration | Patent No. |
|---|---|---|---|---|---|
| P99901US | US | 29/180,894 | Issued | 11/30/18 No MF | D499,035 |

**Design Application for Detection Device (M-384)**

| Matter No. | CO. | Serial No. | Status | Expiration | Patent No. |
|---|---|---|---|---|---|
| P99920US0 | US | 29/182,691 | Issued | 8/17/18 No MF | D494,589 |

## II.    PATENTS AND APPLICATIONS SOLELY OWNED BY DEFINED DIAGNOSTICS, LLC

### UTILITY APPLICATIONS

**Assays for Detecting Enzymatic Activity**

| Matter No. | CO. | Serial No. | Status | Expiration | Patent No. |
|---|---|---|---|---|---|
| 20102P | US | 61/446,751 | Expired | | |
| 20102-PCT | WO | PCT/US12/26497 | Expired | | |
| 20102-PCTUS | US | 14/117,504 | Issued | 4/19/34 MF 4 DUE 1/26/20 | 9,244,073 |
| 20102-PCTEP | EP | 12781581.9 | Pending | | |
| 20102-PCTAU | AU | 2012254169 | Pending | | |
| 20102-PCTCA | CA | 2,864,868 | Pending | | |

**Assays, Antibodies, Immunogens and Compositions Related to 5-FU**

| Matter No. | CO. | Serial No. | Status | Expiration | Patent No. |
|---|---|---|---|---|---|
| 20106P | US | 61/565,281 | Expired | | |
| 20106P2 | US | 61/665,686 | Expired | | |
| 20106-PCT | WO | PCT/US12/67353 | Expired | | |
| 20106-PCTUS | US | 14/361,731 | Pending | | |
| 20106-PCTEP | EP | 12852770.2 | Pending | | |

4

| 20106-PCTJP | JP | 2014-544935 | Pending |
| 20106-PCTCA | CA | 2,857,645 | Pending |
| 20106-PCTAU | AU | 2012327223 | Pending |

**Filtration Module**

| Matter No. | CO. | Serial No. | Status | Expiration | Patent No. |
|---|---|---|---|---|---|
| 20107P | US | 61/565,253 | Expired | | |
| 20107-PCT | WO | PCT/US12/67041 | Expired | | |
| 20107-PCTUS | US | 14/361,733 | Pending | | |
| 20107-PCTEP | EP | 12852917.9 | Pending | | |
| 20107-PCTAU | AU | 2012327218 | Issued | 11/29/32 | 2012327218 |

**Diagnostic Systems and Instruments**

| Matter No. | CO. | Serial No. | Status | Expiration | Patent No. |
|---|---|---|---|---|---|
| 20108P | US | 61/647,272 | Expired | | |
| 20108.1 | US | 13/844,450 | Issued | 4/6/33 MF DUE 7/14/19 | 9,081,001 |

*Abstract*: Provided is a clinical diagnostic system that comprises a diagnostic instrument and a disposable cartridge. The diagnostic system can be used to measure assays in point of care clinical settings.

**Diagnostic Systems and Cartridges**

| Matter No. | CO. | Serial No. | Status | Expiration | Patent No. |
|---|---|---|---|---|---|
| 20108P | US | 61/647,272 | Expired | | |
| 20108.2 | US | 13/844,527 | Issued | 3/15/33 MF DUE 7/7/19 | 9,075,042 |
| 20108.2D1 | US | 14/732,860 | Pending | | |

**Clinical Diagnostic System Including Instrument and Cartridge**

| Matter No. | CO. | Serial No. | Status | Expiration | Patent No. |
|---|---|---|---|---|---|
| 20108P | US | 61/647,272 | Expired | | |
| 20108.3-PCT | WO | PCT/US13/41252 | Expired | | |
| 20108.3-PCTUS | US | 14/401,275 | Issued | 3/15/33 MF DUE 12/15/19 | 9,213,043 |
| 20108.3-PCTEP | EP | 13790062.7 | Pending | | |
| 20108.3-PCTJP | JP | 2015-512814 | Pending | | |
| 20108.3-PCTCA | CA | 2,873,457 | Pending | | |
| 20108.3-PCTCN | CN | 201380037637.1 | Pending | | |
| 20108.3-PCTAU | AU | 2013262815 | Pending | | |

**Clinical Diagnostic Systems**

| Matter No. | CO. | Serial No. | Status | Expiration | Patent No. |
|---|---|---|---|---|---|
| 20108P | US | 61/647,272 | Expired | | |
| 20108.4-PCT | WO | PCT/US13/41255 | Expired | | |
| 20108.4-PCTUS | US | 14/401,278 | Pending | | |
| 20108.4-PCTEP | EP | 13790774.7 | Pending | | |
| 20108.4-PCTJP | JP | 2015-512815 | Pending | | |
| 20108.4-PCTCA | CA | 2,873,459 | Pending | | |
| 20108.4-PCTCN | CN | 201380037617.4 | Pending | | |
| 20108.4-PCTAU | AU | 2013262816 | Pending | | |

**Electrochemiluminescence (ECL) Detection Reagents and Related Methods for Measuring Enzyme Activity**

| Matter No. | CO. | Serial No. | Status | Expiration | Patent No. |
|---|---|---|---|---|---|
| 20114P | US | 61/769,044 | Expired | | |
| 20116P | US | 61/840,820 | Expired | | |

Last updated: April 25, 2016

| | | | | |
|---|---|---|---|---|
| 20114-PCT | WO | PCT/US14/18425 | Expired | 8/25/15 |
| 20114-PCTUS | US | 14/770,115 | Pending | |
| 20114-PCTEP | EP | 14754657.6 | Pending | |
| 20114-PCTJP | JP | 2015-559284 | Pending | |
| 20114-PCTCA | CA | 2901966 | Pending | |
| 20114-PCTCN | CN | 201480016789.8 | Pending | |
| 20114-PCTAU | AU | 2014218543 | Pending | |

**Reagents and Methods for Assays of Kinase Inhibitors**

| Matter No. | CO. | Serial No. | Status | Expiration | Patent No. |
|---|---|---|---|---|---|
| 20115P | US | 62/217,060 | Pending | 9/11/16 | |
| 20115P2 | US | 62/217,061 | Pending | 9/11/16 | |

**Antibodies and Methods for the Detection of Cell Death**

| Matter No. | CO. | Serial No. | Status | Expiration | Patent No. |
|---|---|---|---|---|---|
| 20118P | US | 61/968,016 | Expired | | |
| 20118P2 | US | 61/987,668 | Expired | | |
| 20118-PCT | WO | PCT/US15/21678 | Pending | 9/20/16 | |

**Compounds and Methods for the Detection of Methotrexate**

| Matter No. | CO. | Serial No. | Status | Expiration | Patent No. |
|---|---|---|---|---|---|
| 20119P | US | 62/189,831 | Pending | 7/8/2016 | |

**Compositions and Methods for the Diagnosis of Lyme Disease**

| Matter No. | CO. | Serial No. | Status | Expiration | Patent No. |
|---|---|---|---|---|---|
| 20120P | US | 62/054,671 | Expired | 9/24/15 | |
| 20120-PCT | WO | PCT/US15/51665 | Pending | 3/24/17 | |

Last updated: April 25, 2016

<u>DESIGN APPLICATIONS</u>

## DIAGNOSTIC INSTRUMENT WITH A DISPLAY SCREEN

| Matter No. | Country | Serial No. | Status | Expiration | Patent/Registration No. |
|---|---|---|---|---|---|
| D20109 | US | 29/420,956 | Issued | 12/3/2027 | D694,899 |
| D20109D1 | US | 29/470,708 | Issued | 4/28/2029 | D728,121 |
| D20109-AR | AR | 84766 | Issued | 11/14/2027 | 84766 |
| D20109-AU | AU | 15541/2012 | Issued | 11/7/2022 | 346631 |
| D20109-BR | BR | BR3020120058600 | Pending | | |
| D20109-CA | CA | 148275 | Issued | 5/16/2024 | 148275 |
| D20109-CN | CN | 201230548784.3 | Issued | 11/13/2022 | 2615217 |
| D20109-HK | HK | 1202258.2 | Issued | 11/13/2037 | 1202258.2 |
| D20109-IN | IN | 249446 | Issued | 5/15/2027 | 249446 |
| D20109-ID | ID | A00201203946 | Issued | 11/13/2022 | IDD0000036006 |
| D20109-IL | IL | 53345 | Issued | 11/1/2027 | 53345 |
| D20109-JP | JP | 2012-027862 | Issued | 5/31/2033 | 1473634 |
| D20109-KR | KR | 30-2012-0054243 | Issued | 6/10/2029 | 30-0747539-00-01 |
| D20109-MX | MX | MX/f/2012/003639 | Issued | 11/15/2027 | 40041 |
| D20109-NZ | NZ | 416978 | Issued | 5/15/2027 | 416978 |
| D20109-NO | NO | 20120945 | Issued | 11/1/2037 | 083794 |
| D20109-RU | RU | 2012503946/49 | Issued | 11/14/2027 | 88017 |
| D20109-ZA | ZA | A2012/01922 | Issued | 5/15/2027 | A2012/01922 |
| D20109-TW | TW | 102301313 | Issued | 11/5/2024 | D157425 |
| D20109-VN | VN | 3-2012-01647 | Issued | 11/15/2027 | 19450 |
| D20109-HG | Hague | 79634 | Issued | 11/12/2027 | DM/079634 |

## SAMPLE CASSETTE FOR A DIAGNOSTIC INSTRUMENT

| Matter No. | Country | Serial No. | Status | Expiration | Patent/Registration No. |
|---|---|---|---|---|---|
| D20110 | US | 29/420,961 | Issued | 1/7/2028 | D697,226 |
| D20110D1 | US | 29/472,908 | Issued | 12/2/2028 | D718,872 |
| D20110D2 | US | 29/472,941 | Issued | 4/28/2029 | D728,122 |
| D20110-AR | AR | 84767 | Issued | 11/14/2027 | 84767 |
| D20110-AU | AU | 15575/2012 | Issued | 11/8/2028 | 347568 |
| D20110-AU.1 | AU | 10404/2013 | Issued | 11/8/2028 | 347296 |
| D20110-AU.2 | AU | 10427/2013 | Issued | 11/8/2028 | 347430 |
| D20110-AU.3 | AU | 10408/2013 | Issued | 11/8/2028 | 347298 |
| D20110-AU.4 | AU | 10429/2013 | Issued | 11/8/2028 | 347304 |
| D20110-BR | BR | BR3020120058619 | Pending | | |
| D20110-CA | CA | 148281 | Issued | 5/16/2024 | 148281 |
| D20110-CN | CN | 201230552730.4 | Issued | 11/14/2022 | ZL201230552730.4 |
| D20110-HK | HK | 1202255.6M | Issued | 11/13/2037 | 1202255.6M001 |
| D20110-HK | HK | 1202255.6M002 | Issued | 11/13/2037 | 1202255.6M002 |
| D20110-HK | HK | 1202255.6M003 | Issued | 11/13/2037 | 1202255.6M003 |
| D20110-HK | HK | 1202255.6M004 | Issued | 11/13/2037 | 1202255.6M004 |
| D20110-HK | HK | 1202255.6M005 | Issued | 11/13/2037 | 1202255.6M005 |
| D20110-IN | IN | 249453 | Issued | 5/15/2027 | 249453 |
| D20110-IN.1 | IN | 249456 | Issued | 5/15/2027 | 249456 |
| D20110-ID | ID | A00201203947 | Pending | | |
| D20110-ID.1 | ID | A00201401777 | Pending | | |
| D20110-IL | IL | 53349 | Issued | 11/4/2027 | 53349 |
| D20110-IL.1 | IL | 55694 | Issued | 11/4/2027 | 55694 |
| D20110-JP | JP | 2012-027863 | Issued | 2/14/2034 | 1492751 |
| D20110-JP.1 | JP | 2013-014156 | Issued | 2/14/2034 | 1492329 |
| D20110-JP.2 | JP | 2013-014157 | Issued | 2/14/2034 | 1492762 |
| D20110-KR | KR | 2012-0054246 | Issued | 6/10/2029 | 30-0767564-00-01 |
| D20110-KR.1 | KR | 30-2014-0001607 | Issued | 10/17/2029 | 30-0767564-00-03 |
| D20110-KR.2 | KR | 30-2014-0001612 | Issued | 10/17/2029 | 30-0767564-00-02 |

Last updated: April 25, 2016

| Matter No. | Country | Serial No. | Status | Expiration | Patent/Registration No. |
|---|---|---|---|---|---|
| D20110-MX | MX | MX/f/2012/003637 | Issued | 11/15/2027 | 39979 |
| D20110-MX.1 | MX | MX/f/2012/003638 | Issued | 11/15/2027 | 39978 |
| D20110-NZ | NZ | 416980 | Issued | 5/15/2027 | 416980 |
| D20110-NZ.1 | NZ | 418208 | Issued | 5/15/2027 | 418208 |
| D20110-NZ.2 | NZ | N/A | Pending | | |
| D20110-NO | NO | 2012095 | Issued | 11/2/2037 | 083901 |
| D20110-RU | RU | 2012503962/49 | Issued | 11/15/2037 | 89760 |
| D20110-ZA | ZA | A2012/01988 | Issued | 5/15/2027 | A2012/01988 |
| D20110-ZA.1 | ZA | A2012/01987 | Issued | 5/15/2027 | A2012/01987 |
| D20110-ZA.2 | ZA | A2012/01986 | Issued | 5/15/2027 | A2012/01986 |
| D20110-ZA.3 | ZA | A2012/01985 | Issued | 5/15/2027 | A2012/01985 |
| D20110-ZA.4 | ZA | A2012/01989 | Issued | 5/15/2027 | A2012/01989 |
| D20110-TW | TW | 101306623 | Issued | 11/8/2024 | D159880 |
| D20110-TW.1 | TW | 102306309 | Issued | 11/8/2024 | D164217 |
| D20110-VN | VN | 3-2012-01645 | Issued | 11/15/2027 | 20094 |
| D20110-HG | Hague | 79634 | Issued | 11/12/2027 | DM/079 634 |

## DIAGNOSTIC INSTRUMENT WITH SAMPLE CASSETTE BEING LOADED THEREIN

| Matter No. | Country | Serial No. | Status | Expiration | Patent/Registration No. |
|---|---|---|---|---|---|
| D20111 | US | 29/420,965 | Issued | 11/26/2027 | D694,422 |
| D20111D1 | US | 29/469,936 | Issued | 11/25/2028 | D718,462 |
| D20111-CA | CA | 148359 | Issued | 5/16/2024 | 148359 |
| D20111-CN | CN | 201230549674.9 | Issued | 11/13/2022 | 2615270 |
| D20111-HK | HK | 1202256.8 | Issued | 11/13/2037 | 1202256.8 |
| D20111-IN | IN | 249447 | Issued | 5/15/2027 | 249447 |
| D20111-IL | IL | 53350 | Issued | 11/4/2027 | 53350 |
| D20111-JP | JP | 2012-027864 | Issued | 5/31/2033 | 1473635 |
| D20111-KR | KR | 30-2012-0054242 | Issued | 6/10/2029 | 30-0747539 |
| D20111-MX | MX | MX/f/2012/003640 | Issued | 11/15/2027 | 39842 |
| D20111-HG | Hague | 79634 | Issued | 11/12/2027 | DM/079 634 |

## SAMPLE CASSETTE FOR A DIAGNOSTIC INSTRUMENT

| Matter No. | Country | Serial No. | Status | Expiration | Patent/Registration No. |
|---|---|---|---|---|---|
| D20112 | US | 29/420,967 | Issued | 2/25/2028 | D700355 |
| D20112D1 | US | 29/473,088 | Issued | 12/2/2028 | D718,873 |
| D20112-AR | AR | 84768 | Issued | 11/14/2027 | 84768 |
| D20112-AU | AU | 15577/2012 | Issued | 11/8/2022 | 346947 |
| D20112-AU.1 | AU | 10430/2013 | Issued | 11/8/2022 | 347444 |
| D20112-AU.2 | AU | 10431/2013 | Issued | 11/8/2022 | 347445 |
| D20112-BR | BR | BR3020120057523 | Issued | 6/3/2014 | BR3020120057523 |
| D20112-CA | CA | 148360 | Issued | 5/16/2024 | 148360 |
| D20112-CN | CN | 201230551528.X | Issued | 5/15/2027 | ZL201230551528.X |
| D20112-HK | HK | 1202257.0M | Issued | 11/13/2037 | 1202257.0M002 |
| D20112-HK | HK | 1202257.0M003 | Issued | 11/13/2037 | 1202257.0M003 |
| D20112-IN | IN | 249454 | Issued | 5/15/2027 | 249454 |
| D20112-IN.1 | IN | 249455 | Issued | 5/15/2027 | 249455 |
| D20112-ID | ID | A00201203948 | Pending | | |
| D20112-IL | IL | 53359 | Issued | 11/6/2027 | 53359 |
| D20112-JP | JP | 2012-027865 | Issued | 12/20/2033 | 1488599 |
| D20112-KR | KR | 2012-0054245 | Issued | 10/17/2029 | 30-0767564 |
| D20112-MX | MX | MX/f/2012/003641 | Issued | 11/15/2027 | 40691 |
| D20112-MX.1 | MX | MX/f/2012/003642 | Issued | 11/15/2027 | 39977 |
| D20112-NZ | NZ | 416979 | Issued | 5/15/2027 | 416979 |
| D20112-NO | NO | 20120960 | Issued | 11/9/2037 | 83930 |
| D20112-RU | RU | 2012503963/49 | Issued | 11/15/2037 | 88300 |

Last updated: April 25, 2016

| Matter No. | Country | Serial No. | Status | Expiration | Patent/Registration No. |
|---|---|---|---|---|---|
| D20112-ZA | ZA | A2012/01966 | Issued | 5/15/2027 | A2012/01966 |
| D20112-ZA.1 | ZA | A2012/01965 | Issued | 5/15/2027 | A2012/01965 |
| D20112-ZA.2 | ZA | A2012/01964 | Issued | 5/15/2027 | A2012/01964 |
| D20112-TW | TW | 101306621 | Issued | 11/8/2024 | D160567 |
| D20112-TW.1 | TW | 102307260 | Issued | 11/8/2024 | D162184 |
| D20112-VN | VN | 3-2012-01646 | Pending | | |
| D20112-HG | Hague | 79634 | Issued | 11/12/2027 | DM/079 634 |

9

## III.    PATENTS APPLICATIONS WITH INACTIVE STATUS

<u>PATENT APPLICATIONS ABANDONED BEFORE OR DURING PROSECUTION</u>

**Assay Panel for Non-Alcoholic Steatohepatitis**

| Matter No. | CO. | Serial No. | Status | Expiration | Patent No. |
|---|---|---|---|---|---|
| 20104P | US | 61/540,249 | Expired | | |
| 20104-PCT | WO | PCT/US12/57826 | Expired | | |

**Assays for Diabetes-Associated Autoantibodies****

| Matter No. | CO. | Serial No. | Status | Expiration | Patent No. |
|---|---|---|---|---|---|
| 20105P | US | 61/558,193 | Expired | | |
| 20105-PCT | WO | PCT/US12/64373 | Expired | | |

**JOINTLY OWNED BY DEFINED DIAGNOSTICS, LLC WITH U.S. GOVERNMENT (NIH)

**Detection of Disease-Associated Autoantibodies**

| Matter No. | CO. | Serial No. | Status | Expiration | Patent No. |
|---|---|---|---|---|---|
| 20117P | US | 61/862,299 | Expired | | |

Last updated: April 25, 2016

## IV. PATENTS AND APPLICATIONS EXCLUSIVELY LICENSED TO DEFINED DIAGNOSTICS, LLC

**Detection and Monitoring of Liver Damage**

| Matter No. | CO. | Serial No. | Status | Expiration | Patent No. |
|---|---|---|---|---|---|
| 20113P | US | 60/801,728 | Expired | | |
| 20113 | US | 11/804,505 | Issued | 5/3/2028 MF 8 DUE 2/8/18 | 7,883,904 |
| 20113C1 | US | 12/979,715 | Issued | 5/3/2026 *TD MF 4 DUE 4/2/16 | 8,409,878 |
| 20113D1 | US | 12/979,782 | Issued | 5/3/2026 *TD MF 4 DUE 6/11/16 | 8,460,943 |

11

## V.    TRADEMARKS

WELLSTAT (under license from Wellstat Therapeutics Corp.)

"W" design (under license from Wellstat Therapeutics Corp.)

Last updated: April 25, 2016

**Form 206A/B**
**Schedule A/B: Assets-Real and Personal Property**
**Part 10**
Page 6
**61. Internet domain names and websites***

defineddiagnostics.com

wellstat-diagnostics.com

wellstat-diagnosticsllc.com

wellstatdiag.com

wellstatdiagnostics.biz

wellstatdiagnostics.com

wellstatdiagnostics.info

wellstatdiagnostics.net

wellstatdiagnostics.org

wellstatdiagnostics.us

wellstatdiagnosticsllc.com

wellstatdx.com

wellstatdx.eu

*Domain names were purchased by Wellstat Management Company, LLC on behalf of Defined Diagnostics, LLC

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

**Defined Diagnostics, LLC**
**Case No. 16-10890 (MEW)**

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMER REGARDING DEBTOR'S SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS

**The Schedules of Assets and Liabilities and Statements of Financial Affairs**

The Schedules of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs (the "SOFA" or collectively the "Schedules and SOFA") filed by Defined Diagnostics, LLC (the "Debtor") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), were prepared pursuant to 11 U.S.C. § 521 and Federal Rule of Bankruptcy Procedure 1007 by management of the Debtor and are unaudited. The Schedules and SOFA remain subject to further review and verification by the Debtor. Subsequent information may result in material changes in financial and other data contained in the Schedules and SOFA. These Global Notes and Statement of Limitations, Methodology and Disclaimer Regarding Debtor's Schedules and SOFA (the "Global Notes") are incorporated by reference in, and comprise an integral part of, the Schedules and SOFA, and should be referred to and reviewed in connection with any review of the Schedules and SOFA.

**Reservation of Rights**

The Debtor has used reasonable efforts to ensure accuracy in the information listed in the Schedules and SOFA; however, subsequent information or discovery may result in material changes to the Schedules and SOFA, and inadvertent errors, omissions or inaccuracies may exist.. The Debtor reserves the right to amend or supplement the Schedules and SOFA, and to remove a claim from the Schedules whether by amending the Schedules or in another appropriate filing.

**Totals**

All totals that are included in the Schedules represent totals of all the known amounts included on the Schedules. The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount.

**Basis of Presentation**

On April 12, 2016, the Debtor filed a voluntary petition in the Bankruptcy Court for reorganization relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). All information is as of the close of business on April 11, 2016. These Schedules and SOFA do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles ("GAAP") in the United States.

**Classifications**

Listing a claim (i) on Schedule D as "secured," (ii) on Schedule E as "unsecured priority" or (iii) on Schedule F as "unsecured nonpriority," or listing a contract on Schedule G as "executory" or "unexpired," does not constitute an admission by a Debtor of the legal rights of the claimant or a waiver of any of Debtor's right to recharacterize or reclassify such claim or contract. The Debtor reserves the right to amend the Schedules and SOFA and to recharacterize or reclassify any such contract or claim whether by amending the Schedules and SOFA or in another appropriate filing.

**Disputed, Contingent, and/or Unliquidated Claims**

Schedules D, E and F permit the Debtor to designate a claim as "disputed," "contingent" and/or "unliquidated." Any failure to designate a claim on the Debtor's Schedules as "disputed," "contingent" and/or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent" and/or "unliquidated" or that such claim is not subject to objection. The Debtor reserves the right to dispute, or assert offsets or defenses to, any claim reflected on these Schedules as to amount, liability or classification or to otherwise subsequently designate any claim as "disputed," "contingent" and/or "unliquidated," whether by amending the Schedules and SOFA or in another appropriate filing. Listing a claim does not constitute an admission by the Debtor of the claimant's legal rights or a waiver of the Debtor's right to recharacterize or reclassify the claim or contract. Additionally, the Debtor reserves its rights to object to any listed claims on the grounds that, among other things, they have already been satisfied.

**Claims**

All general unsecured claims against the Debtor have been listed on Schedule F based upon the Debtor's existing books and records. The Debtor reserves all rights with respect to any such credits and allowances, including the right to assert claims objections and/or setoffs. The claims listed on Schedule F arose or were incurred on various dates. In certain instances, the date on which a claim arose is an open issue of fact. While commercially reasonable efforts have been made, determining the date upon which each claim in Schedule F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtor does not list a date for each claim listed on Schedule F.

**Schedule A Item 72**

The Debtor is a limited liability company which is treated as a "disregarded entity" for tax purposes. Accordingly, while the Debtor has generated net operating losses, such tax benefits accrue to the Debtor's members and not to the Debtor.

**Schedule D**

The Debtor reserves its rights to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D.  Moreover, although the Debtor may have scheduled claims of creditors as secured claims, the Debtor reserves all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument.  The descriptions provided in Schedule D are intended only as a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens. Nothing in the Global Notes or the Schedules and SOFA shall be deemed a modification or interpretation of the terms of such agreements.

Additionally, with respect to the secured claim of PDL BioPharma, Inc. ("PDL"), the amount and validity of this claim are disputed by the Debtor. Specifically, PDL has asserted in its public filings with the Securities and Exchange Commission that the amount due is approximately $94,100,000, which amount is disputed by the Debtor. The Debtor reserves all rights to contest the validity and amount of PDL's secured claim.